**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00419-DDD-SBP

CHANTEL SPAIN,
        Plaintiff,

v.

FREEMAN JOHNSON and LYFT, INC.,
        Defendants.

_____

**NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FREEMAN JOHNSON**
_____

Defendant Freeman Johnson, by and through his counsel, Campbell, Wagner & Frazier, LLC, hereby notifies the Court that the parties have reached a settlement of Plaintiff's claims against Defendant Johnson at issue in this litigation.

Plaintiff and Defendant Johnson are working to finalize settlement documents and will file those with the Court as soon as possible.

Respectfully submitted this 24th day of December, 2024.

By:    *s/ Rebecca K. Wagner*
        Rebecca K. Wagner, #33473
        Madison Engel, #59458
        Campbell, Wagner & Frazier, LLC
        5251 DTC Parkway, Suite 400
        Greenwood Village, Colorado 80111
        Telephone: (303) 831-5990
        Fax: (303) 832-7144
        Email: rwagner@cwf-law.net
               mengel@cwf-law.net
        *Attorneys for Defendant Freeman Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of December, 2024, I presented the foregoing **NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FREEMAN JOHNSON** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to all counsel of record.

Roman Balaban
Olga Steinreich
Balaban Law, LLC
8055 East Tufts Ave., Suite 325
Denver, CO 80237
balaban@denverfirm.com
steinreich@denverfirm.com
*Attorneys for Plaintiff*

                                       *s/ Kim Brown*
                                       Kim Brown