# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-00419-DDD-SBP

CHANTEL SPAIN,
          Plaintiff,

   v.

FREEMAN JOHNSON and LYFT, INC.,
          Defendants.

_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND DEFENDANT JOHNSON ONLY
_____

      Plaintiff Chantel Spain and Defendant Freeman Johnson, by and through their respective counsel of record, and

      WHEREAS, all things and matters in controversy herein between Plaintiff and Defendant Johnson have been compromised and settled, and full accord and satisfaction made therefore,

      IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant Johnson that the within action filed by Plaintiff against Defendant Johnson may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Respectfully submitted this 23rd day of January, 2025.

| | |
|---|---|
| BALABAN LAW, LLC | CAMPBELL, WAGNER & FRAZIER, LLC |
| *s/ Roman Balaban* | *s/ Rebecca K. Wagner* |
| Roman Balaban, #39148 | Rebecca K. Wagner, #33473 |
| Olga Steinreich, #48200 | Madison Engel, #59458 |
| 950 17th Street, Suite 1050 | 5251 DTC Parkway Suite 400 |
| Denver, CO 80202 | Greenwood Village, Colorado 80111 |
| Telephone: (303) 893-9800 | Telephone: (303) 831-5990 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Johnson* |

2